UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| ELIOT Y. KIM, | Case No. C23-5167-MLP |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pursuant to the parties' stipulated motion, the Court hereby ORDERS that this matter is remanded to the Commissioner under 42 U.S.C. § 405(g) (fourth sentence), for further administrative proceedings. On remand, the administrative law judge will further evaluate the medical opinion of Dr. Fisher; offer the claimant the opportunity for a *de novo* hearing; take further action to complete the administrative record; continue through the sequential evaluation process, reevaluating the RFC and the other medical opinions, as necessary; and issue a new decision.

After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

Page 1     ORDER
           C23-5167-MLP

DATED this 31st day of August, 2023.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/Sarah Moum
SARAH MOUM
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Tel: 206-615-2936
Email: sarah.moum@ssa.gov

Page 2   ORDER
         C23-5167-MLP